ORDERED.

Dated: January 26, 2024

_Lori V. Vaughan_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| David Lanxner, ) | Case No. 6:23-bk-05494-LVV |
| ) | Chapter 11 |
| Debtor. ) | Subchapter V |
| ) | |

### ORDER VACATING ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO OPERATE BUSINESS

This case came before the Court on its own Motion. The Debtor filed a Chapter 7 case on December 29, 2023. On January 17, 2024, the Court entered an Order Converting Case from Chapter 7 to Chapter 11 (Doc. No. 16) and subsequently an Order Authorizing Debtor-In-Possession to Operate Business (Doc. No. 17). The following day on January 18, 2024, the Debtor filed a Statement of Election to Proceed Under Chapter 11, Subchapter V (Doc. No. 20), making an election to proceed under Subchapter V. 11 U.S.C. § 1181(a) notes that § 1108 is inapplicable in Subchapter V cases. Accordingly, it is

**ORDERED:**

1. The Order Authorizing Debtor-In-Possession to Operate Business (Doc. No. 17) is **VACATED.**

###

The Clerk is directed to serve a copy of this order on all interested parties.