UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID LANXNER,                                             Case No.: 6:23-bk-05494-LVV

      Debtor.                                                              Chapter 11

_____/

**DEBTOR'S PLAN OF REORGANIZATION**

**March 28, 2024**

COUNSEL FOR THE DEBTOR

KENNETH D. HERRON, JR.
Florida Bar No. 699403
HERRON HILL LAW GROUP, PLLC
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
       elizabeth@herronhilllaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID LANXNER,                                          Case No.: 6:23-bk-05494-LVV

　　　Debtor.                                                              Chapter 11
_____/

### DEBTOR'S PLAN OF REORGANIZATION

    David Lanxner ("Lanxner", "Debtor" or "Plan Proponent") proposes the following Plan of Reorganization pursuant to subchapter V of Chapter 11 of Title 11 of the United States Code.

### Article 1
### Definitions and Rules of Construction

---

A.    **Definitions**. For purposes of this Plan, the following definitions shall apply unless the context clearly requires otherwise:

1.    **Administrative Expense** shall mean a cost or expense of administration of the Chapter 11 Case allowed under §§503(b) and 507(a)(2) of the Bankruptcy Code.

2.    **Allowed** when used with respect to a Claim shall mean a Claim or Interest (a) proof of which was filed with the Bankruptcy Court on or before the Bar Date, and (i) as to which no objection has been filed by the Objection Deadline, unless such Claim or Interest is to be determined in a forum other than the Bankruptcy Court, in which case such Claim or Interest shall not become allowed until determined by Final Order of such other forum and Allowed by Final Order of the Bankruptcy Court; or (ii) as to which an objection was filed by the Objection Deadline, to the extent Allowed by a Final Order; (b) Allowed by a Final Order; or (c) listed in the Debtor's schedules filed in connection with this Chapter 11 Case and not identified as contingent, unliquidated, or disputed.

3.    **Bankruptcy Rules** mean the Federal Rules of Bankruptcy Procedure, as amended, and as supplemented by the Local Rules of Practice and Procedure of the Bankruptcy Court, as amended.

4.    **Bar Date** means March 27, 2024, which is the date fixed by order of the Bankruptcy Court by which a proof of Claim or Interest must be filed against the Debtor.

5.    **Code** means The Bankruptcy Reform Act of 1978, as amended and codified as Title 11, United States Code.

6.    **Confirmation Order** means the order entered by the Court confirming the Plan pursuant to 11 U. S. C. §§1129 and 1191.

7.    **Court** means the United States Bankruptcy Court, Middle District of Florida, Orlando Division, and any court having competent jurisdiction to hear appeals or certiorari proceedings therefrom.

8.    **Disposable Income** shall have the same definition and meaning as the same term is defined under 11 U. S. C. §1191(d), which is the income that is received by the debtor and that is not reasonably necessary to be expended—

      (1) for—

            (A) the maintenance or support of the debtor or a dependent of the debtor; or

            (B) a domestic support obligation that first becomes payable after the date of the filing of the petition; or

      (2) for the payment of expenditures necessary for the continuation, preservation, or operation of the business of the debtor.

9.    **Disputed** when used with respect to each claim or interest means a claim or interest that has not been allowed or disallowed by a Final Order, and as to which either: (a) a proof of claim or interest has been timely filed or deemed filed by any applicable deadline, and as to which the Debtor or another party in interest has filed an objection or request to subordinate, and such objection or request has not been withdrawn or overruled by a Final Order; or (b) no proof of claim or interest has been filed in a non-contingent and liquidated amount, and the Debtor has scheduled such claim or interest as disputed, contingent, or unliquidated.

10.   **Effective Date** The effective date of this Plan is the 1st day of the month following the date that is 14 days after the entry of the Confirmation Order.  If, however, a stay of the Confirmation Order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated.  For example, if the Confirmation Order is entered on April 20, 2024, then the Effective Date would be May 1, 2024.

11.   **Final Order** means an order or judgment of the Court or by any state or other federal court, or other court of competent jurisdiction, which has not have been reversed, stayed, modified or amended and the time to appeal from or to seek review or rehearing of such order shall have expired and which shall have become final in accordance with applicable law, except that the possibility a motion under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule,

may be filed with respect to such order or judgment shall not cause such order of judgment not to be a Final Order.

12.    **Interest** means Debtor's interests in non-exempt property.

13.    **Petition Date** means December 29, 2023, the date when the Debtor filed the voluntary petition commencing this case as a case under Subchapter V of Chapter 11.

14.    **Plan** means this Chapter 11 plan, as amended in accordance with the terms hereof or modified in accordance with the Code.

15.    **Projected Disposable Income** means the Debtor's Disposable Income that the Debtor projects he will receive in the 3-year period, or such longer period not to exceed 5 years as the court may fix, beginning on the date that the first payment is due under the Plan.  The Debtor has provided projected financial information as **Exhibit B**, which provides that the Debtor's Projected Disposable Income over the next 3 years is $13,977.00.

16.    **Pro Rata Share** means with respect to any distribution to the holder of a claim or interest in an impaired class under the Plan, the ratio (expressed as a percentage) of the amount of the allowed claim or interest in such class to the aggregate amount of: (a) allowed claims or interests in the class; and (b) Disputed claims or interests that would be in the class if the claim or interest was not Disputed.

17.    **Rules** means: (i) the Federal Rules of Bankruptcy Procedure and the Official Bankruptcy Forms, as amended and promulgated under Section 2075 of title 28 of the United States Code; (ii) the applicable Federal Rules of Civil Procedure, as amended and promulgated under Section 2072 of title 28 of the United States Code; (iii) the applicable Local Rules of Practice and Procedure of the Court, as amended; and (iv) any standing orders governing practice and procedure issued by the Court, each as in effect on the Petition Date, together with all amendments and modification thereto that were subsequently made applicable to this case or proceedings therein.

18.    **Trustee** means L. Todd Budgen, the individual appointed as the Trustee in this case pursuant to 11 U. S. C. §1183(a).

19.    **Unsecured Claim** means a claim other than: (a) a claim entitled to priority under Code §507; or (b) a secured claim.

B.    **Code and Rules Definitions**.  Definitions in the Code and Rules shall be applicable to the Plan unless otherwise defined in the Plan, including Code §§ 101 and 1101, and Rules 9001 and 9002.

C.    **Interpretation and Construction**.  The rules of construction in Code §102 shall apply to the Plan. Unless otherwise specified, all section, article and exhibit references in the Plan are to the respective section in, article of, or exhibit to, the Plan, as the same may be

amended, waived, or modified from time to time. The headings in the Plan are for convenience of reference only and shall not limit or otherwise affect the provisions of the Plan. Words denoting the singular number shall include the plural number and vice versa, and words denoting one gender shall include the other gender. As to contested matters, adversary proceedings, and other actions or threatened actions, this Plan and the disclosure statement related to this Plan shall not be construed as a stipulation or admission, but rather, as a statement made in settlement negotiations.

## Article 2
## Background

### 2.1    Description and a Brief History of the Business Operations of the Debtor

1.    The Debtor is an individual who resides in Winter Park, Florida.  The Debtor has interests in and serves as Manager of the following businesses:

a.    Maison Drake, LLC (Case No.: 6:23-bk-03825-LVV), which is an online third-party retailer and fulfillment center offering clothes, home goods, gear, gifts, and other items that operates from leased premises located at 155 National Place, Suite 155, Longwood, Florida, 32750.

b.    Eleven Twenty, LLC, which is an Amazon reseller of women's clothing and beauty products (*see* https://www.amazon.com/shops/elevenxo).

c.    Dapper Snappers, LLC, which sells its own branded toddler belts through Amazon and also wholesales them to retailers of children's clothing (*see* https://www.dappersnappers.com).

d.    Maison Baby, LLC, which operates a retail store in the Winter Park Village at 480 N Orlando Ave #118, Winter Park, Florida 32789 and sells items online for babies and children (*see* https://maisonbabyandkids.com).

2.    <u>Reasons for Filing Chapter 11.</u>  Maison Drake, LLC incurred numerous debts in recent years that the Debtor personally guaranteed.  The total of the debts that were personally guaranteed exceed $3 Million.  Maison Drake, LLC was unable to service the debts and sought relief in Chapter 11 to restructure its obligations.  The Debtor does not have the ability to pay the claims that he personally guaranteed.  The Debtor commenced this Chapter 11 Case in order to restructure his debts and provide his creditors with a better result than they would obtain outside of bankruptcy or through liquidation in Chapter 7.

### 2.2    Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest

holders would receive in a chapter 7 liquidation. A hypothetical Chapter 7 liquidation analysis is attached as **Exhibit A**. Based on the liquidation analysis, the Debtor estimates that general unsecured creditors would receive less than $1,000.00 in a Chapter 7 case.

### 2.3    Projections with Respect to the Ability to Make Payments Under the Plan

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments. The Plan Proponent has provided projected financial information as **Exhibit B**. The Debtor's Projected Disposable Income in the 3-year period beginning on the date that the first payment is due under the Plan is $13,977.00.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections. If you do not have an attorney, you may wish to consult one.**

## Article 3
## Treatment of Administrative Expense Claims, Priority Tax Claims

| | | |
|---|---|---|
| 3.1 | Unclassified Claims | Under section § 1123(a)(1), administrative expense claims, ["gap" period claims in an involuntary case allowed under §502(f) of the Code,] and priority tax claims are not in classes. |
| 3.2 | Administrative Claims | Each holder of an administrative expense claim allowed under §503 of the Code, will be paid in full on the Effective Date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.<br><br>The Debtor anticipates that administrative expense claims will be filed by Herron Hill Law Group, PLLC as attorneys for the Debtor and by Aaron Cohen, the Subchapter V trustee. |
| 3.3 | Priority Tax Claims | Each holder of a priority tax claim will receive on account of such claim regular installment payments in cash— (i) of a total value, as of the Effective Date of the plan, equal to the allowed amount of such claim; and (ii) over a period ending not later than 5 years after the date of the order for relief under section 301, 302, or 303. |
| 3.4 | Statutory Fees | All statutory fees will be paid on or before the Effective Date of this Plan. |

**Article 4**
**Classification of Claims and Interests**

All Claims and Interests treated under Article 5 of the Plan are divided into the following classes, which shall be mutually exclusive:

| Class 1 | The allowed secured Claim of First Horizon Bank (First Mortgage on 1529 Holts Grove Cir., Winter Park, Florida 32789) |
|---------|---|
| Class 2 | The allowed secured claim of Space Coast Credit Union (motor vehicle loan for 2023 Ford Bronco) |
| Class 3 | General Unsecured Claims |
| Class 4 | Interests of the Debtor |

**Article 5**
**Treatment of Claims and Interests Under the Plan**

Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|-------|------------|-----------|
| **Class 1 - The allowed secured Claim of First Horizon Bank** (First Mortgage on 1529 Holts Grove Cir., Winter Park, Florida 32789) | ☐ Impaired<br><br>☒ Unimpaired | This Plan leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim.<br><br>The holder of the claim will:<br><br>(a) retain the lien securing the claim to the extent of the allowed amount of the claim; and<br>(b) receive on account of such claim deferred cash payments totaling at least the allowed amount of the claim, of a value, as of the Effective Date of at least the value of the claimant's interest in the |

7

| | | estate's interest in the property securing the claim.<br><br>**This claim is for the first priority mortgage on the Debtor's home. The Debtor and his spouse will continue to pay the regular monthly payment of $7,572.95 in the ordinary course. |
| --- | --- | --- |
| **Class 2 – The allowed secured claim of Space Coast Credit Union (motor vehicle loan for 2023 Ford Bronco)** | ☐ Impaired<br><br>☒ Unimpaired | This Plan leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim.<br><br>The holder of the claim will:<br><br>(a) retain the lien securing the claim to the extent of the allowed amount of the claim; and<br>(b) receive on account of such claim deferred cash payments totaling at least the allowed amount of the claim, of a value, as of the Effective Date of at least the value of the claimant's interest in the estate's interest in the property securing the claim.<br><br>** This claim is for the motor vehicle loan on the Debtor's 2023 Ford Bronco. The Debtor will continue to pay the regular monthly payment of $1,016.00 in the ordinary course. |
| **Class 3 – General unsecured Claims** | ☒ Impaired<br><br>☐ Unimpaired | If Class 3 votes to accept the Plan, then holders of allowed claims in Class 3 shall receive the treatment described below under the heading *Consensual Plan Treatment*.<br><br>If Class 3 votes to reject the Plan, then holders of allowed claims in Class 3 |

shall receive the treatment described below under the heading *Nonconsensual Plan Treatment*.

a.    **Consensual Plan Treatment:**

In full satisfaction of the Allowed Class 3 Claims, each Holder of an Allowed Class 3 Claim shall receive **a pro rata share of $15,000.00.**  A single, lump sum payment shall be made to holders of Allowed Class 3 Claims on the later of (a) the first day of the month following the Effective Date, or (b) the first day of the month following the date when all objections to claims have been resolved.

See section 9.9 below regarding the source of funds to pay these claims.

The liquidation value or amount that holders of Allowed Class 3 claims would receive in a hypothetical Chapter 7 case is less than $1,000.00. *See* **Exhibit A**.  The Projected Disposable Income is $13,977.00, however, that amount is payable over 36 months versus the proposed lump sum payment of $15,000.00.

b.    **Nonconsensual Plan Treatment**:

The Debtor's Projected Disposable Income is $13,977.00.  If the Plan is confirmed as a non-consensual plan, then holders of Allowed Class 3 Claims will receive a Pro Rata Share of $13,977.00.  Payments will be made in eleven (11) equal quarterly payments of $1,200.00 and a final payment of $777.00.
Payments shall commence on the later of the 15th day of the month following

| | | the Effective Date or the 15th day of the month after all objections to claims have been resolved.<br><br>If the Debtor defaults in making a quarterly payment and fails to cure the payment default before the following quarter's payment is due, then the Debtor shall utilize the exempt funds described in section 9.9 below to make the payments due to the holders of Allowed Class 3 Claims. |
|---|---|---|
| **Class 7 – Interests of the Debtor** | ☐  Impaired<br><br>☒  Unimpaired | The Debtor will retain his Interests. |

**Article 6**
**Allowance and Disallowance of Claims**

| | | |
|---|---|---|
| 6.1 | **Delay of distribution on a disputed claim** | No distribution will be made on account of a Disputed Claim unless such claim is Allowed. |
| 6.2 | **Settlement of disputed claims** | The Debtor will have the power and authority to settle and compromise a disputed claim with Court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

**Article 7**
**Provisions for Executory Contracts and Unexpired Leases**

| | | |
|---|---|---|
| 7.1 | **Assumed executory contracts and unexpired leases** | The Debtor will assume, and if applicable assign, the following executory contracts and unexpired leases as of the Effective Date: NONE. |

| 7.2 | **Rejected executory contracts and unexpired leases** | Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the Effective Date or under section 7.1 of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the Effective Date. |
| | | A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than __30__ days after the date of the order confirming this Plan. |

### Article 8
### Means for Implementing the Plan

| 8.1 | **Assumption of Liabilities** | The liability for and obligation to make the distributions required under the Plan shall be assumed by the Debtor. |
| 8.2 | **Avoidance Actions** | Causes of action assertable by the Debtor pursuant to Bankruptcy Code §§ 542, 543, 544, 545, 547, 548, 549, 550, or 553 shall be assigned to the Trustee. The Trustee shall have full authority to investigate and prosecute any and all avoidance actions. Any net recovery realized by the Trustee on account of such causes of action, shall be distributed to holders of Allowed Class 3 Claims. |
| | | The Debtor is not aware of any avoidance actions. |
| 8.3 | **Submission of Disposable Income and Reporting by the Debtor if the Plan is Confirmed as a Nonconsensual Plan** | Pursuant to 11 U. S. C. §1190(2) the Plan commits all of that Disposable Income to the payments under the Plan. |
| 8.4 | **Distributions by Debtor** | Notwithstanding 11 U. S. C. §1194(b), the Debtor shall make all distributions under the Plan, including all distributions to secured creditors, priority creditors and unsecured creditors, whether the Plan is confirmed as a consensual plan or as a non-consensual plan. |

| | | |
|---|---|---|
| 8.5 | **De Minimis Distributions** | No payment in an amount less than $15.00 shall be distributed to any creditor under this Plan. Accordingly, if the Pro Rata Share to be distributed to a creditor is less than $15.00, then no distribution shall be made to that creditor.  If the Pro Rata Share is greater than $15.00, but a quarterly distribution is less than $15.00, then funds not distributed shall accumulate and shall be paid whenever the accumulation to that creditor aggregates at least $15.00. |
| 8.6 | **Source of Payment of Administrative Claims** | Allowed Administrative Claims shall be paid from exempt funds held by the Debtor and the Debtor's spouse. The Debtor's spouse is executing this Plan to confirm her consent to contributing exempt funds to pay Allowed Administrative Claims. |
| 8.7 | **Source of Payment to Class 3 Allowed Unsecured Claims** | The Debtor and his wife have exempt funds totaling approximately $218,000.00 in an account that is held as tenants by the entireties.  Prior to Confirmation, the Debtor and his spouse will deposit the sum of $15,000.00 in the Trust Account of Herron Hill Law Group, PLLC as funds designated to pay the holders of allowed Class 3 Claims if the Plan is confirmed as a consensual plan. |

**Article 9**
**General Provisions**

| | | |
|---|---|---|
| 9.1 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 9.2 | **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity. |
| 9.3 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| 9.4 | **Controlling effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and |

|      |                              | instruments executed in connection with this Plan, except as otherwise provided in this Plan. |
|------|------------------------------|----------------------------------------------------------------------------------------------|
| 9.5  | **Modification of Plan**     | Pursuant to 11 U. S. C. §1193(a) the Debtor reserves the right to modify the Plan at any time before confirmation. After any modification is filed with the Court, the Plan as modified becomes the Plan. |
| 9.6  | **Retention of Jurisdiction** | The Court shall retain jurisdiction to the extent allowed under applicable law until all Plan payments are paid by the Debtor. |

### Article 10
### Termination of Service of Trustee

The Trustee's service shall terminate under the following conditions:

| 10.1 | **Consensual Plan**       | If the Court confirms the Plan as a consensual plan under §1191(a), the Trustee's service terminates when the Plan has been substantially consummated, as provided in 11 U. S. C. §1183(c)(1) |
|------|---------------------------|-------------------------------------------------------------------------------------------------|
| 10.2 | **Non-Consensual Plan**   | If the Court confirms the Plan as a non-consensual Plan under §1191(b), then the Trustee's service shall not terminate until all payments are made under the Plan and § 1194. |
| 10.3 | **Dismissal or Conversion** | The service of the Trustee shall terminate upon dismissal of the case or its conversion to another chapter. |

### Article 11
### Discharge

| 11.1 | **Consensual Plan**     | If the Plan is confirmed under §1191(a), the Debtor shall receive a discharge under §1141(d)(1)(A) upon entry of the Confirmation Order. |
|------|-------------------------|----------------------------------------------------------------------------------------------|
| 11.2 | **Non-Consensual Plan** | If the Plan is confirmed under §1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the Court grants a discharge on |

13

completion of all payments due within the first 3 years of this Plan, or as otherwise provided in §1192 of the Code. The Debtor will not be discharged from any debt:

1. on which the last payment is due after the first 3 years of the plan, or as otherwise provided in §1192; or

2. excepted from discharge under§523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

Submitted and agreed to by:

*/s/ David Lanxner*
David Lanxner

Dated: March 28, 2024

Respectfully submitted by:

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
       elizabeth@herronhilllaw.com

Attorneys for David Lanxner

# EXHIBIT A

### Plan Proponent's Estimated - Liquidation Analysis

| Part | Asset Description pers Schedule AB[1] | Estimated Fair Maket Value | Estimated Liquidation Value in Chapter 7 |
|---|---|---|---|
| 1 | **Real Property** | | |
| 1.1 | 1529 Holts Grove Cir., Winter Park, Florida 32789 | 1,486,303.00 | |
| | (homestead and owned as TBE) | | |
| | less secured claims | (849,963.54) | |
| | less exemptions | (1,486,300.00) | |
| | Net Value for Estate | - | - |
| | | | |
| 2 | **Vehicles** | | |
| 2.1 | 2015 Land Rover (owned as TBE) | 13,490.00 | |
| | less lien | - | |
| | less exemption | (13,490.00) | |
| | Net Value for Estate | - | - |
| | | | |
| 2.2 | 2023 Ford Bronco (owned as TBE) | 51,590.00 | |
| | less lien | (56,964.00) | |
| | less exemptions | (51,590.00) | |
| | Net Value for Estate | - | - |
| | | | |
| 3 | **Personal and Household Items** | | |
| | | | |
| 6, 7, 8 and 9 | Household goods and furnishings, Electronics, Collectibles of Value, and Equipment for Sports and Hobbies (all owned as TBE) | 10,165.00 | |
| | less exemption | (10,165.00) | |
| | less other exemptions | - | |
| | Net Value for Estate | - | |
| | | | |
| 10 | Firearms | 200.00 | |
| 11 | Clothes | 250.00 | |
| 12 | Jewlery | 600.00 | |
| 13 | Non-farm animals | 25.00 | |
| | | 1,075.00 | |
| | less exemption - Fla. Const. Art. X, section 4 | (1,000.00) | |
| | Net value for Estate | 75.00 | 75.00 |

# EXHIBIT A

### Plan Proponent's Estimated - Liquidation Analysis

| | | | |
|---|---|---:|---:|
| **4** | **Financial Assets** | | |
| 17 | Winter Park National Bank (now DIP account at Regions) | 7,351.76 | |
| 18 | RBC Wealth Management (owned as TBE) | 218,513.46 | |
| | | | |
| | less exemptions - earnings of head of household | (7,351.76) | |
| | less exemptions for TBE accounts | (218,513.46) | |
| | Net Value for Estate | - | - |
| | | | |
| 19 | Non-publicly traded stocks and interests in businesses | 400.00 | |
| | less exemptions | (400.00) | |
| | Net Value for Estate | - | |
| | | | |
| 21 | Retirement or pension accounts | | |
| | SEP IRA at RBC Wealth Management | 233,102.00 | |
| | less exemptions | (233,102.00) | |
| | Net Value for Estate | - | |
| | | | |
| **5** | **Business-Related Property** | - | |
| | | | |
| **6** | **Farm and Commercial Fishing Property** | - | - |
| | | | |
| **7** | **All other Property** | | |
| | 2022 Tax Refund (owned as TBE) (refund received and | | |
| | deposited to the RBC TBE account) | 44,574.00 | |
| | less exemptions | (44,574.00) | |
| | Net Value for Estate | - | |
| | | | |
| | ***Total Assets at Liquidation Value*** | | **75.00** |
| | | | |
| | less:  Secured creditors' recoveries | - | |
| | less:  Chaper 7 Trustee fee and expenses | 1,500.00 | |
| | less:  Chapter 7 administrative / professional fees | - | |
| | less:  Chapter 11 trustee expenses | - | |
| | less:  Chapter 11 adminstrative / professional fees | 7,500.00 | |
| | | | (9,000.00) |

## Balance for unsecured claims in Chapter 7                    -

---

(1)  See attached Schedules AB and C and D for a detailed listing of the assets, the
secured claims and the exemptions

# Schedules AB

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

David Lanxner,                                              Case No.: 6:23-bk-5494-LVV

                    Debtor.                                                Chapter 11
_____/

## AMENDED SCHEDULES A/B

The Debtor provides notice to all creditors and interested parties of amendments to Schedules A/B. **A copy of the Amended Schedules are attached**. Pursuant to Local Rule 1009- 1 (b) the assets added or assets deleted in the Amended Schedules are as follows:

| Schedule | Added or Deleted | Item No. | Description | Reason(s) for Amendment |
|---|---|---|---|---|
| A/B | Deleted | 3.3 | 2022 Mercedes VIN: W1KCG2DB8NA009021 | This asset was sold by the Debtor before the Petition was filed. The sale of the asset was disclosed on the Debtor's Statement of Financial Affairs in response to Question 18. |

**Kenneth D. Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
            elizabeth@herronhilllaw.com

*Attorney for the Debtor*

AMENDED

**Fill in this information to identify your case:**

Debtor 1    David  Lanxner
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:23-bk-05494
               (If known)

☑ Check if this is an
  amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................ | $ 1,486,303.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*....................................... | $ 526,437.26 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................ | $ 2,012,740.26 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 939,050.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $ 12,908.71 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................................ | + $ 3,378,097.84 |
| **Your total liabilities** | $ 4,330,056.55 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................................. | $ 20,089.25 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ....................................................................... | $ 19,701.00 |

AMENDED

| Debtor 1 | David Lanxner | | Case number *(if known)* | 6:23-bk-05494 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1      David Lanxner
         First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name         Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number      6:23-bk-05494
(if know)

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1   1529 Holts Grove Cir
    Street address, if available, or other description

 

Winter Park FL      32789

City      State    ZIP Code

Orange County

County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Homestead; TBE

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 1,486,303.00

**Current value of the portion you own?**
$ 1,486,303.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.......................................................➤

$ 1,486,303.00

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1    David Lanxner
           First Name    Middle Name    Last Name

Case number(if known) 6:23-bk-05494

3.1 Make: Land Rover

Model:

Year: 2015

Approximate mileage: 72000

Other information:

Condition:Good; TBE / VIN SALAK2V67FA748795

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on*Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**

$ 13,490.00

**Current value of the portion you own?**

$ 13,490.00

3.2 Make: Ford

Model: Bronco

Year: 2023

Approximate mileage: 9500

Other information:

Condition:Very Good; TBE / VIN 1FMEE5GH9PLA94615

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on*Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**

$ 51,590.00

**Current value of the portion you own?**

$ 51,590.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**......................................................➤    $65,080.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...

   All household goods and belongings located at 1529 Holts Grove Cir, Winter Park, Florida. Appraisal to be provided to Trustee upon request. (All assets are owned as TBE)    $ 10,165.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above    $ 0.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above    $ 0.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above    $ 0.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe...

    Glock 9    $ 200.00

Debtor 1    David Lanxner
            First Name    Middle Name    Last Name

Case number *(if known)* 6:23-bk-05494

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- [ ] No
- [x] Yes. Describe...

| Debtor's clothing | $ 250.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

- [ ] No
- [x] Yes. Describe...

| 2 watches (Electicianz and U-Boat); wedding band | $ 600.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- [ ] No
- [x] Yes. Describe...

| 2 dogs | $ 25.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

- [x] No
- [ ] Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................................➤   | $11,240.00 |

## Part 4:  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- [x] No
- [ ] Yes.................................................................................................  Cash ......................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

- [ ] No
- [x] Yes.................  Institution name:

17.1. Checking account:    Winter Park National Bank (919) (TBE)    $ 7,377.22

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- [ ] No
- [x] Yes.................

Institution or issuer name:

RBC Wealth Management (9573) (TBE)    $ 164,664.04

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- [ ] No
- [x] Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Eleven Twenty, LLC | 90 % | $ 100.00 |
| Maison Drake, LLC | 100 % | $ 100.00 |
| Dapper Snappers, LLC | 100 % | $ 100.00 |
| Maison Baby, LLC | 79 % | $ 100.00 |

Debtor 1    David Lanxner
_____
First Name    Middle Name    Last Name

Case number *(if known)*  6:23-bk-05494
_____

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| IRA: | RBC Wealth Management (SEP IRA) (9774) | $ 233,102.00 |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|---|---|---|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

Debtor 1    David Lanxner
            First Name        Middle Name        Last Name

Case number *(if known)* 6:23-bk-05494

---

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Principal LIfe (term policy) | Wife | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information....

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................➤   $ 405,543.26

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information...

2022 Tax Refund (TBE)

54. **Add the dollar value of all of your entries from Part 7. Write that number here**   .................................................➤   $ 44,574.00

Debtor 1    David Lanxner
            First Name    Middle Name    Last Name

Case number *(if known)* 6:23-bk-05494

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55. **Part 1: Total real estate, line 2** ................................................................................➤    $ 1,486,303.00

56. **Part 2: Total vehicles, line 5**    $ 65,080.00

57. **Part 3: Total personal and household items, line 15**    $ 11,240.00

58. **Part 4: Total financial assets, line 36**    $ 405,543.26

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 44,574.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 526,437.26    Copy personal property total ➤    + $ 526,437.26

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 2,012,740.26

AMENDED

**Fill in this information to identify your case:**

Debtor 1      David  Lanxner
              First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number    6:23-bk-05494
(If known)

☑ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ David  Lanxner                              ✗ _____
  Signature of Debtor 1                              Signature of Debtor 2

  Date 02/28/2024                                    Date _____
       MM / DD  / YYYY                                    MM / DD  / YYYY

# Schedule C

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Lanxner | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Middle District of Florida | | | |
| Case number | 6:23-bk-05494 | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1529 Holts Grove Cir<br>Line from *Schedule A/B*: 1.1 | $ 1,486,303.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(1) |
| Brief description: 1529 Holts Grove Cir<br>Line from *Schedule A/B*: 1.1 | $ 1,486,303.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: 2015 Land Rover<br>Line from *Schedule A/B*: 3.1 | $ 13,490.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Debtor **David Lanxner**
First Name    Middle Name    Last Name

Case number (if known) 6:23-bk-05494

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - All household goods and belongings located at 1529 Holts Grove Cir, Winter Park, Florida. Appraisal to be provided to Trustee upon request. (All assets are owned as TBE) Line from *Schedule A/B*: 6 | $ 10,165.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Firearms - Glock 9 Line from *Schedule A/B*: 10 | $ 200.00 | ☑ $ 200.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |
| Brief description: Clothing - Debtor's clothing Line from *Schedule A/B*: 11 | $ 250.00 | ☑ $ 250.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |
| Brief description: Jewelry - 2 watches (Electicianz and U-Boat); wedding band Line from *Schedule A/B*: 12 | $ 600.00 | ☑ $ 550.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |
| Brief description: Winter Park National Bank (919) (TBE) (Checking Account) Line from *Schedule A/B*: 17.1 | $ 18,700.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: RBC Wealth Management (9573) (TBE) (Brokerage) Line from *Schedule A/B*: 18 | $ 157,756.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Eleven Twenty, LLC Line from *Schedule A/B*: 19 | $ 100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §605.0503 |
| Brief description: Maison Drake, LLC Line from *Schedule A/B*: 19 | $ 100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §605.0503 |
| Brief description: Dapper Snappers, LLC Line from *Schedule A/B*: 19 | $ 100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §605.0503 |
| Brief description: Maison Baby, LLC Line from *Schedule A/B*: 19 | $ 100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §605.0503 |
| Brief description: RBC Wealth Management (SEP IRA) (9774) Line from *Schedule A/B*: 21 | $ 233,102.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |
| Brief description: 2022 Tax Refund (TBE) (Not Yet Listed) Line from *Schedule A/B*: 53 | $ 44,574.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |

# Schedule D

**Fill in this information to identify your case:**

Debtor 1    David Lanxner
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number   6:23-bk-05494
(if know)     _____

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | $ 882,086.00 | $ 1,486,303.00 | $ 0.00 |

First Horizon Bank
_____
Creditor's Name

1 Corporate Dr
_____
Number          Street

Lake Zurich IL      60047
_____
City          State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred  02-15-2019

Describe the property that secures the claim:

1529 Holts Grove Cir, Winter Park, FL 32789 - $1,486,303.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 8664

**2.2**

| | Describe the property that secures the claim: | $ 56,964.00 | $ 51,590.00 | $ 5,374.00 |
|---|---|---|---|---|

Space Coast Credit Union
Creditor's Name

PO Box 2470
Number          Street

Melbourne FL      32902
City        State      ZIP Code

2023 Ford Bronco - $51,590.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred ___02-01-2023___

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 8960

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 939,050.00 |
|---|---|

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    David  Lanxner
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number    6:23-bk-05494
(If known)      _____

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ David  Lanxner
_____          ✖ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 12/08/2023
_____          Date _____
MM / DD  / YYYY                              MM / DD  / YYYY

# EXHIBIT B

## DEBTOR'S PROJECTED DISPOSABLE INCOME[1]

**In re: David Lanxner**
**Case No. 6:23-bk-05494-LVV**

| | Annual Projections | Remainder of 2024 (April to December - 9 Mos) | 2025 | 2026 | 2027 (3 months) |
|---|---|---|---|---|---|
| **Income**[2] | 241,071.00 | 180,803.25 | 241,071.00 | 241,071.00 | 60,267.75 |
| **Expenses**[3] | 236,412.00 | 177,309.00 | 236,412.00 | 236,412.00 | 59,103.00 |
| **Disposable Income** | 4,659.00 | 3,494.25 | 4,659.00 | 4,659.00 | 1,164.75 |

**Projected Disposable Income over 36 months          13,977.00**

1   The Debtor's Projected Disposable Income is the Disposble Income per 11 U. S. C. §1191(d) that the Debtor projects he will receive in the 3-year period beginning on the date that the first payment is due under the Plan.

2   Combined Monthly income from Schedule I annualized, *see attached*

3   Monthly expenses from Schedule J, annualized, *see attached*

AMENDED

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David  Lanxner |
| | First Name                              Middle Name                              Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name                              Middle Name                              Last Name |

United States Bankruptcy Court for the:  Middle District of Florida

Case number   6:23-bk-05494
              (If known)

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................ $1,486,303.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*..................................................... $526,437.26

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................... $2,012,740.26

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $939,050.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $12,908.71

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... + $3,378,097.84

   **Your total liabilities**     $4,330,056.55

### Part 3:     Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................... $20,089.25

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................... $19,701.00

AMENDED

| Debtor 1 | David Lanxner | | | Case number *(if known)* | 6:23-bk-05494 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

**Fill in this information to identify your case:**

Debtor 1    David  Lanxner
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:23-bk-05494
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13
    income as of the following date:
    _____
    MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | **Occupation** | Manager | |
| | **Employer's name** | Maison Drake, LLC | |
| | **Employer's address** | 155 National Place<br>Number   Street<br>Suite 105 | Number   Street |
| | | Longwood, FL 32750<br>City        State   ZIP Code | City        State   ZIP Code |
| | **How long employed there?** | 15+ years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 12,608.52 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 12,608.52 | $ 0.00 |

| Debtor 1 | David | Lanxher | | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here................................................➔ | 4. | $ 12,608.52 | $ 0.00 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 2,519.27 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |

| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,519.27 | $ 0.00 |
|---|---|---|---|---|
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 10,089.25 | $ 0.00 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. Distributions from Eleven Twenty, LLC | 8a. | $ 10,000.00 | $ 0.00 |
| 8b. | Interest and dividends   see attached for 2023 profit and loss | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 10,000.00 | $ 0.00 |
|---|---|---|---|---|

| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 20,089.25 | + $ 0.00 | = $ 20,089.25 |
|---|---|---|---|---|---|

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. + $ _____

| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | $ 20,089.25 |
|---|---|---|---|
| | | | **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: The Debtor is receiving approximatley one-half of the Court auhtorized compensation from Maison Drake, LLC (Case 6:23-bk-03825-LVV).  In addtion, th Debtor is receiving distributions from Eleven Twenty, LLC.



Debtor 1    David  Lanxner
_____
First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: David  Lanxner

Occupation: Manager

Name of Employer: Eleven Twenty, LLC / Maison Baby, LLC

Employer's Address: 155 National Place Suite 105, Longwood, FL 32750

Length of Employment: 4 years/ 15 years

-------

# Eleven Twenty LLC

## Profit and Loss

### January - December 2023

|  | TOTAL |
| --- | --- |
| Income |  |
|   Sales of Product Income | 352,553.40 |
|   AMZN Sales | 618,490.61 |
|   **Total Sales of Product Income** | **971,044.01** |
| **Total Income** | **$971,044.01** |
| Cost of Goods Sold |  |
|   Cost of Goods Sold | 736,784.54 |
| **Total Cost of Goods Sold** | **$736,784.54** |
| **GROSS PROFIT** | **$234,259.47** |
| Expenses |  |
|   Bank Charges & Fees | 14,661.73 |
|   Bento Uncategorized Expense | 46,829.21 |
|   Car & Truck | 5,585.20 |
|   commission of sale | 299.80 |
|   Insurance | 2,592.21 |
|   Interest Paid | 5,117.00 |
|   Payroll Expenses | 23,787.24 |
|   Repairs & Maintenance | 1,000.00 |
|   Shipping, Freight & Delivery | 72,526.81 |
|   Taxes & Licenses | 238.75 |
|   Travel | 422.37 |
| **Total Expenses** | **$173,060.32** |
| NET OPERATING INCOME | **$61,199.15** |
| NET INCOME | **$61,199.15** |

AMENDED

**Fill in this information to identify your case:**

Debtor 1    David   Lanxner
_____
First Name       Middle Name       Last Name

Debtor 2 _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Middle District of Florida
_____ (State)

Case number   6:23-bk-05494
(If known) _____

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.   Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No   ☑ Yes |
| Son | 13 | ☐ No   ☑ Yes |
| Daughter | 11 | ☐ No   ☑ Yes |
| _____ | ____ | ☐ No   ☐ Yes |
| _____ | ____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 7,700.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 900.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 250.00 |

Debtor 1    David  Lanxner

First Name    Middle Name    Last Name

Case number *(if known)*    6:23-bk-05494

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $_____0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $_____0.00 |
| 6b. | Water, sewer, garbage collection | 6b. $_____800.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $_____480.00 |
| 6d. | Other. Specify: _____ | 6d. $_____0.00 |
| 7. | **Food and housekeeping supplies** | 7. $_____0.00 |
| 8. | **Childcare and children's education costs** | 8. $____2,500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $_____0.00 |
| 10. | **Personal care products and services** | 10. $_____400.00 |
| 11. | **Medical and dental expenses** | 11. $_____350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $____1,300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $____1,350.00 |
| 14. | **Charitable contributions and religious donations** | 14. $_____0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $_____325.00 |
| 15b. | Health insurance | 15b. $____1,630.00 |
| 15c. | Vehicle insurance | 15c. $_____700.00 |
| 15d. | Other insurance. Specify: _____ | 15d. $_____0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $_____0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $____1,016.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $_____0.00 |
| 17c. | Other. Specify: _____ | 17c. $_____0.00 |
| 17d. | Other. Specify: _____ | 17d. $_____0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $_____0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $_____0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property | 20a. $_____0.00 |
| 20b. | Real estate taxes | 20b. $_____0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $_____0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $_____0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $_____0.00 |

AMENDED

| Debtor 1 | David  Lanxner | Case number *(if known)* | 6:23-bk-05494 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

21. **Other**. Specify:_____    21.  +$_____ 0.00
_____    +$_____
_____    +$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____ 19,701.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $_____

and 22b. The result is your monthly expenses.    22c.  $_____ 19,701.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____ 20,089.25

23b.  Copy your monthly expenses from line 22c above.    23b.  –$_____ 19,701.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $_____ 388.25

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

AMENDED

**Fill in this information to identify your case:**

Debtor 1    David  Lanxner
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name            Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number    6:23-bk-05494
(If known)

☑ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ David  Lanxner                              ✘ _____
   Signature of Debtor 1                              Signature of Debtor 2

   Date 02/28/2024                                    Date _____
        MM / DD / YYYY                                     MM / DD / YYYY