UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID LANXNER,                                                    Case No.: 6:23-bk-05494-LVV

      Debtor.                                                                         Chapter 11

_____/

**MOTION FOR CONFIRMATION PURSUANT TO 11 U. S. C. §1191(b)**

David Lanxner (the "Debtor") moves for confirmation of the Debtor's Plan of Reorganization (Doc. 56) (the "Plan"), pursuant to section 11 U. S. C. §1191(b) and says:

1.    The Plan classifies claims and interests as follows:

| Class | Description of Claims in the Class | Impaired (Yes or No) |
|---|---|---|
| Class 1 | The Allowed Secured Claim of First Horizon Bank (First Mortgage on 1529 Holts Grove Cir., Winter Park, Florida 32789) | No |
| Class 2 | The Allowed Secured Claim of Space Coast Credit Union (motor vehicle loan for 2023 Ford Bronco) | No |
| Class 3 | Allowed General Unsecured Claims | Yes |
| Class 4 | Interests of the Debtor | No |

2.    Classes 1, 2 and 4 did not vote, but are conclusively presumed to have accepted the Plan since these classes are unimpaired. *See* 11 U. S. C. §1126(f).

3.    Class 3 did not vote and is impaired.

4. The Plan proposes the following treatment for the classes of claims:

| Class | Impairment | Treatment |
|---|---|---|
| **Class 1 - The allowed secured Claim of First Horizon Bank** (First Mortgage on 1529 Holts Grove Cir., Winter Park, Florida 32789) | ☐ Impaired<br><br>☒ Unimpaired | **This Plan** leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim.<br><br>The holder of the claim will:<br><br>(a) retain the lien securing the claim to the extent of the allowed amount of the claim; and<br><br>(b) receive on account of such claim deferred cash payments totaling at least the allowed amount of the claim, of a value, as of the Effective Date of at least the value of the claimant's interest in the estate's interest in the property securing the claim.<br><br>\*\*This claim is for the first priority mortgage on the Debtor's home. The Debtor and his spouse will continue to pay the regular monthly payment of $7,572.95 in the ordinary course. |
| **Class 2 – The allowed secured claim of Space Coast Credit Union (motor vehicle loan for 2023 Ford Bronco)** | ☐ Impaired<br><br>☒ Unimpaired | **This Plan** leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim.<br><br>The holder of the claim will:<br><br>(a) retain the lien securing the claim to the extent of the allowed amount of the claim; and<br><br>(b) receive on account of such claim deferred cash payments totaling at least the allowed |

| | | |
|---|---|---|
| | | amount of the claim, of a value, as of the Effective Date of at least the value of the claimant's interest in the estate's interest in the property securing the claim.<br><br>\*\* This claim is for the motor vehicle loan on the Debtor's 2023 Ford Bronco.  The Debtor will continue to pay the regular monthly payment of $1,016.00 in the ordinary course. |
| **Class 3 – General unsecured Claims** | ☒ Impaired<br><br>☐ Unimpaired | If Class 3 votes to accept the Plan, then holders of allowed claims in Class 3 shall receive the treatment described below under the heading *Consensual Plan Treatment*.<br><br>If Class 3 votes to reject the Plan, then holders of allowed claims in Class 3 shall receive the treatment described below under the heading N*onconsensual Plan Treatment*.<br><br>a.      **Consensual Plan Treatment:**<br><br>In full satisfaction of the Allowed Class 3 Claims, each Holder of an Allowed Class 3 Claim shall receive **a pro rata share of $15,000.00.**  A single, lump sum payment shall be made to holders of Allowed Class 3 Claims on the later of (a) the first day of the month following the Effective Date, or (b) the first day of the month following the date when all objections to claims have been resolved.<br><br>See section 9.9 below regarding the source of funds to pay these claims.<br><br>The liquidation value or amount that holders of Allowed Class 3 claims would receive in a hypothetical |

| | | | |
|---|---|---|---|
| | | | Chapter 7 case is less than $1,000.00. *See* **Exhibit A**. The Projected Disposable Income is $13,977.00, however, that amount is payable over 36 months versus the proposed lump sum payment of $15,000.00.<br><br>b.     **Nonconsensual Plan Treatment**:<br><br>The Debtor's Projected Disposable Income is $13,977.00. If the Plan is confirmed as a non-consensual plan, then holders of Allowed Class 3 Claims will receive a Pro Rata Share of $13,977.00. Payments will be made in eleven (11) equal quarterly payments of $1,200.00 and a final payment of $777.00.<br>Payments shall commence on the later of the 15th day of the month following the Effective Date or the 15th day of the month after all objections to claims have been resolved.<br><br>If the Debtor defaults in making a quarterly payment and fails to cure the payment default before the following quarter's payment is due, then the Debtor shall utilize the exempt funds described in section 9.9 below to make the payments due to the holders of Allowed Class 3 Claims. |
| **Class 4 – Interests of the Debtor** | ☐     Impaired<br><br>☒     Unimpaired | | The Debtor will retain his Interests. |

5.     The Debtor's Confirmation Memorandum (Doc. 64) demonstrates that the Plan complies with all relevant provisions of 11 U. S. C. §1129(a), except for (a)(8) and (a)(10).

**Memorandum of Law**

11 U. S. C. §1191 sets forth the requirements that a Plan must meet to be confirmed. The general rule is that a plan must meet the traditional requirements set forth in §1129(a), but §1191(b) provides an exception to the general rule, such that if the requirements of §1129(a) are met other than (a)(8) (impaired classes must accept the plan) and (a)(10) (there must be at least one impaired class that accepts the plan) then the Court can confirm the plan as long as the plan "does not discriminate unfairly, and is fair and equitable" with respect to the impaired non-accepting classes.

**Fair and Equitable Treatment of Class 3 (Unseured Claims)**

Section 1191(c)(2) provides that a plan does not discriminate unfairly and is fair and equitable as to unsecured creditors, if (a) the Plan provides for payment of all of the Debtor's projected disposable income over at least 3 years; or (b) that the value of the property to be distributed under the Plan over at least 3 years is not less than the Debtor's projected disposable income.

Here, the Debtor has proposed to pay his projected disposable income to unsecured creditors over 3 years. Accordingly, the Plan satisfies the requirements of 1191(c)(2).

11 U. S. C. 1191(c)(3) also requires the Debtor to demonstrate, as to all creditors, that:

(A) the debtor will be able to make all payments under the plan; or

(B) (i) there is a reasonable likelihood that the debtor will be able to make all payments under the plan; and

(ii) the plan provides appropriate remedies, which may include the liquidation of nonexempt assets, to protect the holders of claims or interests in the event that the payments are not made (*).

The Debtor's Confirmation Memorandum demonstrates feasibility and confirms that there is a reasonable likelihood that the Debtor will be able to make the payments under the Plan. In

addition, the Plan provides that if the Debtor defaults, then "the Debtor shall utilize the exempt funds" to make the payments to creditors.

## Relief Requested

For the reasons stated above, the Debtor requests that this Court confirm the Plan notwithstanding the lack of acceptances by Class 3 pursuant to 11 U. S. C. §1191(b).

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
       elizabeth@herronhilllaw.com

## CERTIFICATE OF SERVICE

I certify that on May 24, 2024, I mailed the foregoing document by first class mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix

**Kenneth D. Herron, Jr.**
Florida Bar No. 699403

```
Label Matrix for local noticing            8Fig, INC                                   AFAR Investments LLC
113A-6                                     c/o Emanuel & Zwiebel, PLLC                 13925 Cherry Dale Lane
Case 6:23-bk-05494-LVV                     7900 Peters Road                            Tampa, FL 33618-2139
Middle District of Florida                 Building B, Suite 100
Orlando                                    Plantation, FL 33324-4045
Fri May 24 15:11:50 EDT 2024

Amazon Capital Services, Inc               Aroma360                                    Bogg Bag
410 Terry Avenure N                        PO Box 12027                                75 Broad Street
Seattle, WA 98109-5210                     Parkville, MO 64152-0027                    Carlstadt, NJ 07072-2006


Braavo Bank a Division of First Citizens Com   Braavo Bank, a division of First Citizens B   L. Todd Budgen
Phillips Lytle LLP c/o Catherine Cervone       11499 Route 6                                 Budgen Law
One Canalside, 125 Main Street                 Wellsboro, PA 16901-6747                      Post Office Box 520546
Buffalo, NY 14203                                                                            Longwood, FL 32752-0546


Bryan E Buenaventura                       Capital One                                 FLORIDA DEPARTMENT OF REVENUE, BANKRUPTCY UN
DOJ-Ust                                    Po Box 85064                                POST OFFICE BOX 6668
501 East Polk Street                       Glen Allen, VA 23058                        TALLAHASSEE, FL 32314-6668
Ste 1200
Tampa, FL 33602-3945


First Horizon Bank                         (p)DOVENMUEHLE MORTGAGE                     Florida Department of Revenue
c/o Nicole Mariani Noel                    1 CORPORATE DRIVE SUITE 360                 Bankruptcy Unit
P.O. Box 800                               LAKE ZURICH IL 60047-8945                   Post Office Box 6668
Tampa, FL 33601-0800                                                                   Tallahassee FL 32314-6668


Florida Dept of Revenue                    Frontline As                                Kenneth D Herron Jr
P.O. Box 6668                              2700 Snelling Ave N.                        Herron Hill Law Group, PLLC
Tallahassee, FL 32314-6668                 Roseville, MN 55113-2261                    P. O. Box 2127
                                                                                       Orlando, FL 32802-2127


IRS                                        Internal Revenue Service                    David Lanxner
Centralized Insolvency Operations          PO Box 7346                                 1529 Holts Grove Cir
P.O. Box 7346                              Philadelphia, PA 19101-7346                 Winter Park, FL 32789-5114
Philadelphia, PA 19101-7346


LightStream, a division of Truist Bank     Lightstream                                 Arvind Mahendru
PO Box 1847                                655 West Broadway Suite 1300                Arvind Mahendru, Chapter 7 Trustee
Wilson, NC 27894-1847                      San Diego, CA 92101-8490                    5717 Red Bug Lake Rd #284
                                                                                       Winter Springs, FL 32708-4957


Maison Drake, LLC                          Marcus by Goldman Sachs                     Mass. Dept. of Revenue Attn: Bankruptcy Unit
155 National Place                         PO Box 45400                                PO Box 7090
Suite 105                                  Salt Lake City, UT 84145-0400               Boston, MA 02204-7090
Longwood, FL 32750-6432


Nissan-Infiniti LT LLC                     Nissn Inf Lt                                Nicole Mariani Noel
fka Nissan-Infiniti LT                     Pob 660366                                  Kass Shuler, P.A.
PO Box 9013                                Dallas, TX 75266-0366                       PO Box 800
Addison, Texas 75001-9013                                                              Tampa, FL 33601-0800
```

| | | |
|---|---|---|
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | SellersFunding Corp<br>1290 Weston Road Suite 306<br>Weston, FL 33326-1973 | Space Coast Credit Union<br>8045 N Wickam Road<br>Melbourne, FL 32940-7920 |
| T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Small Business Admin<br>7825 Baymeadows Way<br>Suite 100-B<br>Jacksonville, FL 32256-7543 |
| U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Universal Account Servicing, LLC<br>P.O. Box 12027<br>Parkville, MO 64152-0027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Horizon Bank
1 Corporate Dr
Lake Zurich, IL 60047

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38