UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID LANXNER,             Case No.: 6:23-bk-05494-LVV

    Debtor.            Chapter 11
_____/

**DEBTOR'S MOTION TO ALLOW LATE FILED BALLOTS**

The Debtor, David Lanxner, moves the Court for entry of an order allowing a late filed ballot, and in support says:

1. On March 28, 2024, the Debtor filed the Debtor's Plan of Reorganization (the "Plan") (Doc. 56).

2. If the Plan is confirmed on a consensual basis, then holders of allowed Class 3 (unsecured claims) will receive a pro rata share of $15,000.00, payable in a single lump sum on the later of (a) the first day of the month following the Effective Date, or (b) the first day of the month following the date when all objections to claims have been resolved.

3. If the Plan is confirmed on a nonconsensual basis, then holders of Allowed Class 3 Claims will receive a pro rata share of $13,977.00. Payments will be made in eleven (11) equal quarterly payments of $1,200.00 and a final payment of $777.00

4. On April 8, 2024, the Court entered its Order Scheduling (I) Hearing On Confirmation Of Plan Of Reorganization, (II) Deadlines With Respect To Confirmation Hearing, And (III) Deadlines For Filing Administrative Expense Applications (Doc. 58) (the "Scheduling Order").

5. The Scheduling Order:

    a. scheduled the hearing to consider confirmation of the Plan for May 29,

2022, at 2:00 p.m.; and

    b.    set a deadline of May 22, 2024, for creditors to file ballots to accept or reject the Plan.

6.    No creditors timely filed a ballot to accept or reject the Plan.

7.    On May 28, 2024, Maison Drake, LLC executed and filed a ballot in this case accepting the Plan as the holder of a Class 3 claim. Maison Drake, LLC is the debtor in Case 6:23-bk-03825-LVV. Maison Drake, LLC and the Debtor are jointly liable to certain creditors. Maison Drake, LLC agreed to pay the joint claims (or a portion thereof) pursuant to its Plan of Reorganization. The total of the joint claims that Maison Drake, LLC agreed to pay or is paying is $218,461.90.

8.    The Plan is due to be confirmed as a nonconsensual plan if the Maison Drake ballot is not allowed. *See* Debtor's Confirmation Memorandum (Doc. 64).

9.    Allowing the late filed ballot filed by Maison Drake, LLC will not prejudice any creditor in this case for the following reasons:

    a.    Classes 1, 2 and 4 are unimpaired and are conclusively presumed to have accepted the Plan; and

    b.    Class 3 claims receive more favorable treatment if the Plan is confirmed as a consensual plan.

**Relief Requested**

For the reasons stated above, the Debtor requests the entry of an order allowing the late filed ballot of Maison Drake, LLC.

       **Kenneth D. (Chip) Herron, Jr.**
       Florida Bar No. 699403
       **Herron Hill Law Group, PLLC**
       P. O. Box 2127
       Orlando, Florida 32802
       Telephone: (407) 648-0058
       E-mail: chip@herronhilllaw.com
              elizabeth@herronhilllaw.com

Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, I mailed the foregoing document by first class mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix

       **Kenneth D. Herron, Jr.**
       Florida Bar No. 699403

```
Label Matrix for local noticing          First Horizon Bank                       David Lanxner
113A-6                                   c/o Nicole Mariani Noel                  1529 Holts Grove Cir
Case 6:23-bk-05494-LVV                   P.O. Box 800                             Winter Park, FL 32789-5114
Middle District of Florida               Tampa, FL 33601-0800
Orlando
Tue May 28 15:04:33 EDT 2024

8Fig, INC                                AFAR Investments LLC                     Amazon Capital Services, Inc
c/o Emanuel & Zwiebel, PLLC              13925 Cherry Dale Lane                   410 Terry Avenure N
7900 Peters Road                         Tampa, FL 33618-2139                     Seattle, WA 98109-5210
Building B, Suite 100
Plantation, FL 33324-4045

Aroma360                                 Bogg Bag                                 Braavo Bank a Division of First Citizens Com
PO Box 12027                             75 Broad Street                          Phillips Lytle LLP c/o Catherine Cervone
Parkville, MO 64152-0027                 Carlstadt, NJ 07072-2006                 One Canalside, 125 Main Street
                                                                                  Buffalo, NY 14203

Braavo Bank,  a division of First Citizens B    Capital One                       FLORIDA DEPARTMENT OF REVENUE, BANKRUPTCY UN
11499 Route 6                            Po Box 85064                             POST OFFICE BOX 6668
Wellsboro, PA 16901-6747                 Glen Allen, VA 23058                     TALLAHASSEE, FL 32314-6668

(p)DOVENMUEHLE MORTGAGE                  Florida Department of Revenue            Frontline As
1 CORPORATE DRIVE SUITE 360              Bankruptcy Unit                          2700 Snelling Ave N.
LAKE ZURICH IL 60047-8945                Post Office Box 6668                     Roseville, MN 55113-2261
                                         Tallahassee FL 32314-6668

Internal Revenue Service                 LightStream, a division of Truist Bank - Lightstream
PO Box 7346                              PO Box 1847                              655 West Broadway Suite 1300
Philadelphia, PA 19101-7346              Wilson, NC 27894-1847                    San Diego, CA 92101-8490

Maison Drake, LLC                        Marcus by Goldman Sachs                  Mass. Dept. of Revenue Attn: Bankruptcy Unit
155 National Place                       PO Box 45400                             PO Box 7090
Suite 105                                Salt Lake City, UT 84145-0400            Boston, MA 02204-7090
Longwood, FL 32750-6432

Nissan-Infiniti LT LLC -                 Nissn Inf Lt                             Orange County Tax Collector
fka Nissan-Infiniti LT                   Pob 660366                               PO Box 545100
PO Box 9013                              Dallas, TX 75266-0366                    Orlando FL 32854-5100
Addison, Texas 75001-9013

SellersFunding Corp                      Space Coast Credit Union                 T Mobile/T-Mobile USA Inc -
1290 Weston Road Suite 306               8045 N Wickam Road                       by AIS Infosource, LP as agent
Weston, FL 33326-1973                    Melbourne, FL 32940-7920                 PO Box 248848
                                                                                  Oklahoma City, OK  73124-8848

U.S. Bank NA dba Elan Financial Services -     U.S. Small Business Admin          U.S. Small Business Administration -
Bankruptcy Department                    7825 Baymeadows Way                      7825 Baymeadows Way, Suite 100-B
PO Box 108                               Suite 100-B                              Jacksonville, FL 32256-7543
Saint Louis MO 63166-0108                Jacksonville, FL 32256-7543
```

| | | |
|---|---|---|
| Universal Account Servicing, LLC<br>P.O. Box 12027<br>Parkville, MO 64152-0027 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Kenneth D Herron Jr +<br>Herron Hill Law Group, PLLC<br>P. O. Box 2127<br>Orlando, FL 32802-2127 |
| Arvind Mahendru +<br>Arvind Mahendru, Chapter 7 Trustee<br>5717 Red Bug Lake Rd #284<br>Winter Springs, FL 32708-4957 | Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | Lori V. Vaughan +<br>Orlando<br>, FL |
| L. Todd Budgen +<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 | Bryan E Buenaventura +<br>DOJ-Ust<br>501 East Polk Street<br>Ste 1200<br>Tampa, FL 33602-3945 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Horizon Bank -
1 Corporate Dr
Lake Zurich, IL 60047

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     1<br>Total                  38 |